IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **In re: ENXTAR ELLOPROP, LLC:** | § § § | |
| **Debtor.** | § § | **Case No. 23-518036-cag** |
| _____ | § § | **Chapter 11** |
| **ENXTAR ELLOPROP, LLC,** | § § § | |
| **Plaintiff,** | § § § | |
| v. | § § | **Adversary No. 24-05004-cag** |
| **MIDFIRST BANK, WILLIAM EARL DEES AND ALESHA L. DEES** | § § § § | |
| **Defendants.** | § § | |

## **DEFENDANT'S STATEMENT REGARDING CONSENT**

Defendant MidFirst Bank ("Defendant"), hereby files its Statement Regarding Consent in compliance with Federal Rule of Bankruptcy Procedure 7008 and the Order Requiring Consent dated June 11, 2024, and states as follows:

1. This is a core proceeding since the outcome of it will have a substantial effect on the administration and assets of the bankruptcy estate. Defendant consents to the entry of final orders or judgments by the Court in this adversary proceeding.

141579187.1
_____

Respectfully submitted,

*/s/ Mark D. Cronenwett*
**Mark D. Cronenwett**
State Bar No. 00787303
mark.cronenwett@lewisbrisbois.com
**Vivian N. Lopez**
State Bar No. 24129029
vivian.lopez@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
2100 Ross Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 722-7100
Facsimile: (214) 722-7111

**ATTORNEYS FOR DEFENDANT MIDFIRST BANK**

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 14, 2024, a true and correct copy of the foregoing document was delivered via ECF Notification to the following:

**Via Regular US Mail**
Kenneth E. Grubbs
Forum Building
8000 IH-10 West, Ste 740
San Antonio, Texas 78230
lawofficeofkennethgrubbs@gmail.com
*Attorneys for Plaintiff*

**Via ECF Notification**
David T. Cain
8626 Tesoro Dr., Suite 811
San Antonio, TX 78217
caindt@swbell.net
*Attorney for Debtor*

    */s/ Mark D. Cronenwett*
**MARK D. CRONENWETT**